# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD SHELLY,<br><br>             Plaintiff,<br><br>      vs.<br><br>NATIONAL DEFAULT SERVICING<br>CORPORATION; SAXON MORTGAGE, INC.<br>D/B/A SAXON HOME MORTGAGE; FIRST<br>AMERICAN TITLE; STEWART MORTGAGE<br>SERVICES; DOES I-X; ROES I-X, inclusive,<br><br>             Defendants. | Case No.: 2:10-cv-00518-RLH-PAL<br><br>**O R D E R**<br><br>(Emergency Motion for Temporary<br>Restraining Order–#14; Emergency<br>Motion to Request an Order<br>Shortening Time–#15) |

  Before the Court is Plaintiff Todd Shelly's *ex parte* **Emergency Motion for Temporary Restraining Order** ("TRO") (#14) and **Emergency Motion to Request an Order Shortening Time** (#15), filed August 25, 2010.

  This is the second TRO motion that Shelly's lawyer, Jeffrey D. Conway, has filed in an attempt to prevent the sale of Shelly's house. The Court denied Shelly's first motion on July 30, 2010, because he had not demonstrated a likelihood of success on the merits. (Dkt. #7, Order 3.) Mr. Conway has not presented any new arguments in his second motion. However, his request for an order shortening time reveals that the eviction order on Shelly's house will take effect at midnight on Friday, August 27, 2010. Nevertheless, the timing of the eviction notice cannot overcome Shelly's failure to show a likelihood of success on the merits. Accordingly, the Court

1

denies the TRO motion for the reasons stated in the previous order.  The Court also denies Shelly's request for an order shortening time as moot.

### CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion for Temporary Restraining Order (#14) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Emergency Motion to Request an Order Shortening Time (#15) is DENIED as moot.

Dated: August 26, 2010.

_____
**ROGER L. HUNT**
**Chief United States District Judge**