**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD SHELLY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|       vs. | )    2:10-cv-518-RLH-GWF |
| | ) |
| NATIONAL DEFAULT SERVICING | ) |
|   CORPORATION, *et al.,* | ) |
| | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why the remaining defendants in this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED that the action is hereby dismissed without prejudice.

Dated:  January 31, 2011

ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE